E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: 510-970-4828
    E-mail: Elizabeth.Landgraf@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-00897-MRW<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged
3  concurrently with the lodging of the within Judgment of Remand, IT IS HEREBY
4  ORDERED, ADJUDGED, AND DECREED that the above-captioned action is
5  remanded to the Commissioner of Social Security for further proceedings consistent
6  with the Stipulation to Remand.

8  DATED: 6/20/2024                  _____
9                                    HONORABLE MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE