## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Atkins,<br><br>    Plaintiff,<br><br>    v.<br><br>Frank Bisignano, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:24-cv-00897-SP<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (docket no. 21), **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: December 4, 2025

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE